PS 8
(Rev. 4.2020)

**FILED**
September 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ ac
DEPUTY

UNITED  STATES  DISTRICT  COURT

for

WESTERN DISTRICT OF TEXAS

U.S.A. vs. Annette Leos                                          Docket No.  5:25-cr-00133-DAE-6

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Brenda A. Gomez , pretrial services/probation officer, presenting an official report upon the conduct of defendant  Annette Leos , who was placed under pretrial release supervision by the  Honorable Elizabeth S. Chestney , sitting in the court at  San Antonio, Texas  on the 7th  date of August , 2025 under the following conditions:

> Please refer to the Order Setting Conditions of Release filed on August 7, 2025.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> Pretrial Services observed that Leos appears to be experiencing mental health decline.  This Officer spoke with Leos regarding her mental health and suggested that a mental health evaluation may be appropriate to determine whether treatment is recommended.  Leos agreed to undergo the mental health evaluation and follow the treatment provider's recommendations.  AUSA Amy Hail concurs with the proposed recommendation.  Defense Counsels Alex Scharff and Shawn Brown were notified but have not responded regarding their position on this recommendation.

PRAYING THAT THE COURT WILL ORDER  the Release Order be modified to include the following conditions:
7(h) The defendant must get medical or psychiatric treatment as directed by the Pretrial Services Office and follow the treatment provider's recommendations.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  09/18/2025

**ORDER OF COURT**

Considered and ordered this 22nd  day of September , 2025  and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

_____
U.S. Pretrial Services Officer    Phone Number    +1 (210) 753-1268

_____
Supervisory
U.S. Pretrial Services Officer    Phone Number    +1 (210) 240-6305

Place    United States Pretrial Services Office
262 W. Nueva Street
Suite 1-200
San Antonio, Texas 78207